**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | | |
| | * | Criminal No.: RDB-11-0561 |
| **JAMES HARRIS** | * | |

****************

## MOTION FOR REVIEW OF DETENTION ORDER

Now comes Defendant, James Harris, by and through his counsel, Catherine Flynn, and Mead, Flynn & Gray, P.A., and respectfully submits this Motion for Review of Detention Order pursuant to Title 18 U.S.C. § 3141 et seq.

1. The above mentioned defendant appeared before Magistrate Judge Stephanie Gallagher on November 9, 2011 for a detention hearing.

2. The Defendant is charged in a one count indictment alleging conspiracy to distribute heroin in violation of Title 21 U.S.C. § 846.

3. Defendant was detained by agreement without prejudice to either party.

4. The Defendant does not have a history of criminal activity.

**WHEREFORE**, the Defendant respectfully requests that this Court schedule a hearing to review his detention status pursuant to Title 18, United States Code, Section 3141.

Respectfully Submitted,

_____/s/_____
Catherine Flynn
Mead, Flynn & Gray, P.A.
200 E. Lexington Street
Suite 1511
Baltimore, Maryland 21202
410.727.6400