# MURPHY FALCON MURPHY
## ——— RAVENELL · KOCH ———

November 21, 2012

The Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Notification of Defendant's Witnesses at Sentencing
              *United States v. Travis Howell*
              Case # RDB-11-0561

Dear Judge Bennett:

    While character letters are being submitted on Mr. Howell's behalf for this Court's review prior to the sentencing hearing scheduled for Wednesday, December 5, 2012, we now write to advise the Court that although each individual who submits a letter is willing to testify on Mr. Howell's behalf, in order to save the Court's time, Mr. Howell intends to have only the following individuals testify as character witnesses:

1. Leroy Lee Smith
2. Janelle Lyde

    With the testimony of the aforementioned individuals, the defense anticipates the sentencing hearing to last approximately 1.5 hours. Please advise if you have any questions or concerns.

                                             Very truly yours,

                                             /s/

                                           Kenneth W. Ravenell

KWR/mc