# MURPHY FALCON MURPHY

——————— RAVENELL · KOCH ———————

November 30, 2012

**ELECTRONICALLY FILED**

The Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Travis Howell*
            Case # RDB-11-0561

Dear Judge Bennett:

Enclosed herewith please find attached two additional character reference letters supplementing the letters previously filed with the Court on November 21, 2012 as attachments to the Sentencing Memorandum.

                                          Very truly yours,

                                              /s/

                                          Kenneth W. Ravenell

KWR/mc



### Gifted Hands Barbershop

Dear Judge Bennett,

     My name is Ronald Butler, Master Barber and sole proprietor of Gifted Hands Barbershop located at 1631 W. North Ave. I have known Travis Howell since he was thirteen years old. At that time I was twenty two years old and an employee of Mr. Cutt Barbershop on Pennsylvania Ave. in Baltimore city. When I first met Travis he seemed to be just another one of the bad little kids in the neighborhood, just as most of us were at that age who grew up in Baltimore city. Travis became a client of mine shortly after we had first met through various friends and family members, but it until a few years later that I really started to get to know him. Travis started to become more than just a client of mine, he became a good friend, and we've remained friends ever since.

Travis is a well known and loved person in the community by everyone who's really got to know him. He is a very caring and unselfish person who often thinks of others before himself. He loves his family unconditionally, and loves his children more than anything or anyone. Travis does an excellent job spending time with his kids and providing for them. Travis has also assisted me in the community with my annual customer appreciation event, where we provide plenty of food, fun, music, various games and sports. At this event we also give school supplies to all of the kids who attend.

Travis comes from a family and very loving parents deeply rooted in Christianity, and over the last couple of years I've seen Travis develop a much closer relationship with god, and takes his family to church with him every Sunday. I'm not only a friend of Travis, but the whole family, and I feel fortunate to have developed a friendship with Travis, his kids, his older brother Leroy, as well as the rest of the family.

I am aware of the unfortunate circumstances that Travis is facing, and it hurts me to see a good friend have to go through this situation. Knowing Travis the way that I do I'm sure he's very remorseful and deeply saddened by his decision to put himself, as well as his family in this situation. Travis is a very smart, honest and high character person who unfortunately made some mistakes. Everyone makes mistakes in their lives, some far worse than others, but being the person that he is I'm sure Travis will use this situation as a learning experience. I also believe this situation will make Travis a stronger and much better person than he already is. Upon sentencing, I ask if would please take Mr. Howell's family, especially his kids, who are absolutely blameless in this situation, into consideration.

Thank you for your consideration

Sincerely,

Ronald E. Butler Jr.

1631 W. North Avenue
Lower Level
Baltimore, MD 21217
(410) 225-7979
giftedhandsowner@aol.com

November 23, 2012

Dear Judge Bennett,

My name is LaVerne S. Stokes and I'm the Co. Executive Director for Sandtown Habitat for Humanity, Inc. I'm writing this letter of reference for Travis Howell. I came to know Travis through a family member. Whenever in my present Travis has always presented himself well, always smiling and polite, showing concern about others we both may know.

I have lived in the inner city of Baltimore all my life (59 years) and have seen the challenges the African American young men face, which is not a promising one when we look at all the struggles they must endure, to many to name. Whatever Travis is guilty of we as a society are also responsible as a whole for the injustice our children suffer due to all the social ills that plague them . I understand that he must face the consequences of wrong, but I plead with you and the courts for mercy when giving out his sentence. We often talk about second chances and how we can help change someone's life. Travis is involved in his son's life Travez and has him involved in volunteering for Habitat every Saturday doing something positive trying his best as a Dad not allowing the streets to swallow his son up, striving to show his son what's really important in life, lifting someone else up and helping people. Most Dads today are absent in their children's lives. It's very hard in life to make good choices when people struggle and don't know which way to turn especially in today's society when the family structure is so broken. People wonder if any body cares and sometimes this leads us to the wrong road. However I have seen first hand as some of us get older we finally begin to understand that we too have something better to offer in life, especially if we are given a second chance. In my opinion Travis should be given a second chance.

Prayfully submitted,

*LaVerne S. Stokes*
LaVerne S. Stokes
Co. Executive Director